IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| MONSANTO COMPANY, | ) | CIVIL NO.05-4223 |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE:1/19/2006 |
| | ) | |
| AGMAX, LLC, | ) | PLACE:  Benton, IL |
| | ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK:  K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS (X ):

   This matter is before the court for purposes of case management and calendar control.

   It is hereby ORDERED that this matter is set for hearing on the Motion for TRO on 1/26/2006 at 1:30 p.m. in Benton, IL.

NORBERT G. JAWORSKI, CLERK

By: s/ K. Jane Reynolds
Deputy Clerk