IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY, L.L.C., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 05-cv-4223-JPG ) |
| AGMAX, L.L.C., CHRIS YELEY and HAROLD BIRCH, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** July 24, 2007

**NORBERT G. JAWORSKI, Clerk**

**By: s/Deborah Agans, Deputy Clerk**

APPROVED:   s/J. Phil Gilbert
            J. PHIL GILBERT
            U. S. DISTRICT JUDGE